EX 1

To: The Prudential Insurance Co. of America
Group Life Claim Division
P.O. Box 8517
Philadelphia, PA 19176

From: Sherrie Martinez
3845 Inglewood Blvd Apt. 203
Los Angeles, CA 90066-4568

I, Sherrie Martinez, herein change and add the following in regard to my Basic Life Plan with Group Life/Prudential Insurance Co. Firstly, Shannon Martinez is now known as Shannon Loman. Secondly, I am adding SPR LLC Stewart Lucas Murrey as a beneficiary. Thirdly, I am changing the percentages that each named beneficiary will receive to the following.

Shannon Loman %20 sister

Sheryl Martinez %25 sister

SPR LLC Stewart Lucas Murrey %45 significant other/small business

Shannon Sinsheimer %2 friend

Anne Lansdon %1 friend

Iriss Brion %1 friend

Christina Ruiz %1 friend

Cuong Tang %1 friend

Gale Kindberg %1 friend

Steve Clark %1.5 friend

Kelsey Duff %.5 friend

Mariposa County SPCA %1 charity

I declare under penalty of perjury that the foregoing is true and correct

Date  5/6/18        Sherrie Martinez