Joseph Fogel (SBN#156746)
Email: joe@adeptlawfirm.com
ADEPT LAW FIRM
16133 Ventura Blvd., Penthouse Suite
Encino California 91436-2447
tel  (818) 986-7100
fax (818) 986-7106

*Attorney for* DEFENDANTS SHERYL A. MARTINEZ, and STEPHEN CLARKE

# UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DR. STEWART LUCAS MURREY; SHERYL A. MARTINEZ; STEVE CLARKE,<br><br>Defendants; | Case No.  2:18-cv-06880-DDP-E<br><br>**STIPULATION FOR SETTLEMENT AND DISBURSEMENT OF INTERPLEAD FUNDS**<br><br>Hon. Dean D. Pregerson, Judge Presiding.<br><br>Courtroom 9C, 9th Floor |

TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD;

THE PARTIES TO THIS ACTION, HEREBY STIPULATE, by and through their attorneys of record, as follows:

The parties reached a settlement of this matter following extensive communications, involving additional cases. The parties hereby stipulate to the following:

The remaining parties have reached a settlement, which has been put in written form, signed by all the parties. The settlement calls for the Clerk of the Court to prepare one check for the interplead funds:

One check, in the total amount of all remaining funds interplead with the Clerk of the Court, with any interest thereto, shall be made payable to "Adept Law Firm, Attorney Client Trust Account" for the benefit of Sheryl Martinez, and mailed to Adept Law Firm, Attn: Joseph Fogel, 16133 Ventura Blvd., Encino, CA 91436 (818) 986-7100.

After the checks have been sent by the Clerk, then counsel at Adept Law Firm will file a request that the Court dismiss the case.

Respectfully submitted,

DATED: August 28, 2019          ADEPT LAW FIRM

By: *Joseph S. Fogel /s/*
Joseph Fogel
*Attorneys for Defendants,*
Defendants SHERYL MARTINEZ and STEVE CLARKE

DATED: August 28, 2019          LAW OFFICES OF ALEXANDER PETALE

By: /s/
Alexander Petale,
*Attorneys for Defendant,*
DR. STEWART LUCAS MURREY