Joseph Fogel (SBN#156746)
Email: joe@adeptlawfirm.com
ADEPT LAW FIRM
16133 Ventura Blvd., Penthouse Suite
Encino California 91436-2447
tel (818) 986-7100
fax (818) 986-7106

*Attorney for* DEFENDANTS SHERYL A. MARTINEZ, and STEPHEN CLARKE

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br>v.<br>DR. STEWART LUCAS MURREY; SHERYL A. MARTINEZ; STEVE CLARKE,<br><br>Defendants; | Case No. 2:18-cv-06880-DDP-E<br><br>**ORDER**<br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Hon. Dean D. Pregerson, Judge Presiding.<br><br>Courtroom 9C, 9th Floor |

TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD;

THE PARTIES TO THIS ACTION, HEREBY STIPULATE, by and through their attorneys of record, as follows:

The parties reached a settlement and this action may now be dismissed, with prejudice.

Respectfully submitted,

DATED: January 9, 2020    ADEPT LAW FIRM

By: *Joseph S. Fogel /s/*
_____
Joseph Fogel
*Attorneys for Defendants,*
Defendants SHERYL MARTINEZ and STEVE CLARKE

DATED: January 9, 2020    LAW OFFICES OF ALEXANDER PETALE

By: Alexander Petale/s/
_____
Alexander Petale,
*Attorneys for Defendant,*
DR. STEWART LUCAS MURREY

The Court, upon the Stipulation of the parties, through their counsel of record, and upon the files of the Court, hereby ORDERS this action dismissed, with prejudice.

DATED: January 24, 2020

_____
JUDGE OF THE
UNITED STATES DISTRICT COURT